IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRICK AYERS, derivatively on behalf of COMMUNITY HEALTH SYSTEMS, INC., | ) ) ) | Case No. 3:19-cv-00733 |
| Plaintiff, | ) ) ) | District Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |
| v. | ) ) | |
| WAYNE T. SMITH, *et al.*, | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| COMMUNITY HEALTH SYSTEMS, INC., | ) ) | |
| Nominal Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
STOCKHOLDER DERIVATIVE SETTLEMENT**

Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, Patrick Ayers, plaintiff in the above-captioned stockholder derivative action brought on behalf of Community Health Systems, Inc. ("CHSI" or the "Company"), respectfully moves this Court for preliminary approval of the stockholder derivative settlement. Plaintiff has contemporaneously filed a memorandum of points and authorities in support of this motion.

Specifically, Plaintiff requests that the Court enter an order: (i) granting preliminary approval of the proposed Settlement; (ii) directing that notice of the proposed Settlement be given to CHSI's stockholders in the proposed form and manner; and (iii) scheduling a hearing before the Court to determine whether the proposed Settlement should be finally approved.

1

Respectfully submitted,

/s/ *Jerry E. Martin*
Jerry E. Martin (No. 20193)
David W. Garrison (No. 24968)
Seth M. Hyatt (No. 31171)
200 31st Ave North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
Email: jmartin@barrettjohnston.com
　　　　dgarrison@barretjohnston.com
　　　　shyatt@barrettjohnston.com

Gregory M. Nespole
Correy A. Suk
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: gnespole@zlk.com
　　　　ckamin@zlk.com

*Attorneys for Plaintiff Patrick Ayers*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing *Plaintiff's Unopposed Motion for Preliminary Approval of Stockholder Derivative Settlement* was filed electronically with the Clerk's office by using the CM/ECF system and served upon the parties as indicated below through the Court's ECF system on November 28, 2023:

**Riley & Jacobson, PLC**
Steven A. Riley
Milton S. McGee III
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
sriley@rjfirm.com
tmgee@rjfirm.com

*/s/ Jerry E. Martin*
**Jerry E. Martin**
**Barrett Johnston Martin &**
**Garrison, PLLC**